UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

Case Number: 19-10067-CIV-MARTINEZ-OTAZO-REYES

SOBNER FELIX,

    Plaintiff,

vs.

KEY LARGO MANAGEMENT CORP.,

    Defendant.
_____/

**FINAL JUDGMENT**

THIS CAUSE came before the Court upon the Order Granting Defendant's Motion for Summary Judgment, (ECF No. 73). Pursuant to Federal Rules of Civil Procedure 56 and 58, it is hereby:

**ORDERED AND ADJUDGED** that judgment is entered in favor of Defendant, Key Largo Management Corp., and against Plaintiff, Sobner Felix. Plaintiff shall take nothing from Defendant, and the action is **DISMISSED** on the merits.

DONE AND ORDERED in Chambers at Miami, Florida, this 8th day of January, 2021.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record