THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Key West Division

SOBNER FELIX,                                   Case No.  19-10067-CIV-MARTINEZ

    Plaintiff,

v.

KEY LARGO MANAGEMENT CORP.,
a/k/a OCEAN PR, INC.,

    Defendant.
_____/

**PLAINTIFF'S AGREED MOTION TO VACATE COST JUDGMENT
IN ACCORDANCE WITH MANDATE ON APPEAL**

Plaintiff, **SOBNER FELIX**, ("Plaintiff"), by and through its undersigned counsel, and pursuant to Order on the Mandate entered November 29, 2021, moves the Court to vacate the cost judgment entered in favor of Defendant **KEY LARGO MANAGEMENT CORP.,** ("Defendant") on July 30, 2021, and states:

    1.    By order dated January 8, 2021, this Court issued Orders granting summary judgment and entering final judgment in favor of Defendant.  (DE #73).

    2.    By order dated November 29 , 2021, the Eleventh Circuit Court of Appeals issued its mandate reversing and remanding the summary judgment entered by this Court (DE #90).

    3.    Accordingly, the cost judgment (DE #89) entered as a result of the entry of the summary judgment and final judgment should also be vacated.

    4.    In accordance with Rule 7.1, S.D.Fla.L.R., counsel for Plaintiff has conferred with counsel for Defendant and is authorized to state that Defendant has <u>no objection</u> to the relief sought

*Sobner Felix v. Ley Largo Management*
*Case No. 2019-10067-CIV-MARTINEZ*

in this motion.

WHEREFORE, Plaintiff, SOBNER FELIX respectfully requests that this Court vacate the cost judgment (DE #89) entered in favor of Defendant KEY LARGO MANAGEMENT on July 30, 2021.

Respectfully Submitted:

**FEILER & LEACH, P.L.**
901 Ponce de Leon Blvd.
Suite # 300
Coral Gables, Florida 33134
(305) 441-8818 Telephone
(305) 441-8081 Fax
Mel@flmlegal.com
Erodriguez@flmlegal.com

BY  */s/ Martin E. Leach*
    **Martin E. Leach**
    Fla. Bar No. 0037990

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 9, 2021 this was served via e-mail upon: **MAUREEN DESKINS, ESQ.,** Maureen.Denkins@oplhotel.com; sunjay.threhan@ophotels.com; and laura.wiseman@ophotels.com.

BY  */s/ Martin E. Leach*
    **Martin E. Leach**
    Fla. Bar No. 0037990