UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

Case Number: 19-10067-CIV-MARTINEZ/OTAZO-REYES

SOBNER FELIX,

    Plaintiff,

v.

KEY LARGO MANAGEMENT
CORP.,

    Defendant.
_____/

## VERDICT FORM

We, the jury, return the following verdict:

I. **AMERICAN DISABILITIES ACT AND FLORIDA CIVIL RIGHTS ACT– DISPARATE TREATMENT**

**Do you find from a preponderance of the evidence:**

1.   That Key Largo Management Corp. terminated Sobner Felix?

    \_\_\_ YES      ✓ NO

If your answer is "No," go to Section II. If your answer is "Yes," go to the next question.

2.   That Key Largo Management Corp. terminated Sobner Felix because of Sobner Felix's disability?

    \_\_\_ YES      \_\_\_ NO

If your answer is "No," go to Section II. If your answer is "Yes," go to the next questions.

1

3. That Sobner Felix should be awarded damages for net lost wages to the date of his death?

    \_\_\_ YES     \_\_\_ NO

If your answer is "Yes," in what amount? $_____

4. That Sobner Felix should be awarded damages to compensate for emotional pain and mental anguish?

    \_\_\_ YES     \_\_\_ NO

If your answer is "Yes," in what amount? $_____

If you did not award damages in response to either Question Nos. 3 or 4, go to Section II. If you awarded damages in response to Question Nos. 3 or 4, go to the next question.

5. That punitive damages should be assessed against Key Largo Management Corp. because it acted with malice or with reckless indifference in terminating Sobner Felix?

    \_\_\_ YES     \_\_\_ NO

II. **AMERICAN DISABILITIES ACT AND FLORIDA CIVIL RIGHTS ACT– FAILURE TO ACCOMMODATE**

**Do you find from a preponderance of the evidence:**

1. That Sobner Felix requested an accommodation?

    ✓ YES     \_\_\_ NO

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

2. That a reasonable accommodation existed that would have allowed Sobner Felix to perform the essential functions of the job?

    ✓ YES     \_\_\_ NO

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

    3.    That Key Largo Management Corp. failed to provide a reasonable accommodation?

        ___ YES        ✓ NO

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

    4.    That Key Largo Management Corp. made good faith efforts to identify and make a reasonable accommodation for Sobner Felix?

        ___ YES        ___ NO

If your answer is "Yes," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "No," go to the next question.

    5.    That Sobner Felix's requested accommodation would have imposed an undue hardship on the operation of Key Largo Management Corp.'s business?

        ___ YES        ___ NO

If your answer is "Yes," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "No," go to the next question.

    6.    That Sobner Felix should be awarded damages for net lost wages to the date of his death?

        ___ YES        ___ NO

If your answer is "Yes," in what amount?   $_____

3

7. That Sobner Felix should be awarded damages to compensate for emotional pain and mental anguish?

___ YES ___ NO

If your answer is "Yes," in what amount? $_____

If you did not award damages in response to either Question Nos. 6 or 7, this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If you awarded damages in response to Question Nos. 6 or 7, go to the next question.

8. That punitive damages should be assessed against Key Largo Management Corp. because it acted with malice or with reckless indifference in failing to accommodate Sobner Felix?

___ YES ___ NO

SO SAY WE ALL.



Foreperson's Signature

DATE: 8-10-22

12:15 pm

4