UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

Case Number: 19-10067-CIV-MARTINEZ-OTAZO-REYES

BEATRICE FELIX,

    Plaintiff,

v.

KEY LARGO MANAGEMENT CORP.,
a/k/a OCEAN PR, INC.,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Alicia M. Otazo-Reyes, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Defendant Key Largo Management Corp.'s Motion for Prevailing Party Costs ("Motion for Costs"), (ECF No. 153), and Motion for Bill of Costs ("Bill of Costs"), (ECF No. 154). (ECF No. 155.) Judge Otazo-Reyes filed an R&R recommending that the Motion for Costs and the Bill of Costs be granted. (ECF No. 158 at 1, 4.) The Court has reviewed the entire file and record, and notes that no objections have been filed.

Accordingly, after careful consideration, it is hereby **ADJUDGED** that Judge Otazo Reyes's R&R, (ECF No. 158), is **AFFIRMED** and **ADOPTED**. Further, it is:

**ADJUDGED** that the Motion for Costs, (ECF No. 153), and Bill of Costs, (ECF No. 154), are **GRANTED** as set forth in the R&R. Defendant shall be **AWARDED** costs in the requested amount of $4,238.43 as the prevailing party in this action.

**DONE AND ORDERED** in Miami, Florida, this 25 day of September, 2023.

                                                  JOSE E. MARTINEZ
                                                UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record